IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS IVAN POBLETE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDYMAC BANK, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:09-cv-00286 <br> (Judge Urbina) |

STIPULATION REGARDING SUBSTITUTION OF
FEDERAL DEPOSIT INSURANCE CORPORATION AS
RECEIVER FOR INDYMAC BANK, F.S.B., FOR DEFENDANT
INDYMAC BANK AND DISMISSING COMPLAINT AGAINST
<u>FDIC AS RECEIVER FOR INDYMAC BANK, F.S.B., WITH PREJUDICE</u>

Pursuant to Rule 41(a)(2) and Local Civil Rule 16.6, plaintiff, Luis Ivan Poblete, and defendant, the Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B., by and through their counsel, stipulate as follows:

1.   The Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B, should be substituted for the defendant, IndyMac Bank, for the reasons set forth in the Motion of Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B., to be Substituted for Defedant IndyMac Bank, Dkt. No. 11 (Feb. 23, 2009).

2.   The plaintiff, Luis Ivan Poblete, dismisses its complaint against the Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B, with prejudice, with each party to bear their own costs.

3. The parties have filed contemporaneously with this stipulation a proposed order setting forth its terms.

Respectfully submitted,

| | |
|---|---|
| /s/  Christopher Aldo Porco | /s/  John Warshawsky |
| Christopher Aldo Porco (D.C. Bar No. 497154) | John Warshawsky (D.C. Bar No. 417170) |
| 910 17th Street, N.W., Suite 800 | Counsel, FDIC |
| Washington, D.C.   20006 | Legal Division, Commercial Litigation Unit |
| Telephone:  (202) 331-4444 | 3501 Fairfax Drive, Room VS-D-7066 |
| Facsimile: (202) 331-4451 | Arlington, Virginia  22226 |
| E-mail: porco@porcolaw.com | Telephone: (703) 562-2089 |
| Date: August 28, 2009 | Facsimile:  (703) 562-2475 |
| | E-mail: jwarshawsky@fdic.gov |
| | Date: August 28, 2009 |

Certificate of Service

I hereby certify that on August 28, 2009, a copy of the foregoing "STIPULATION REGARDING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., FOR DEFENDANT INDYMAC BANK AND DISMISSING COMPLAINT AGAINST FDIC AS RECEIVER FOR INDYMAC BANK, F.S.B., WITH PREJUDICE" was filed electronically with the Court's Electronic Case Filing ("ECF") system. I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

/s/ John Warshawsky